**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter ___7___

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | Pepper Pay LLC |
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 82-1854542 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 20801 Biscayne Boulevard, Suite 403 <br> Miami, FL 33180 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Miami-Dade | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   www.pepperpay.com

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Pepper Pay LLC**        Case number (*if known*) _____
Name

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____5223_____

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☒ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | | When | | Case number | |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |
| | District | _____ | When | _____ | Case number | _____ |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

---

Debtor __Pepper Pay LLC_____  Case number (*if known*) _____
         Name

List all cases. If more than 1,
attach a separate list

| | Debtor | | Relationship | |
|---|---|---|---|---|
| | District | When | Case number, if known | |

---

**11.  Why is the case filed in *this district*?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**

_____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency _____

Contact name _____

Phone _____

---

**Statistical and administrative information**

**13.  Debtor's estimation of available funds**  .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

☒ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☒ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☒ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    Pepper Pay LLC                                                    Case number (*if known*) _____
          Name

| Request for Relief, Declaration, and Signatures |
|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/31/2026
               MM / DD / YYYY

**X** /s/ Eric Hannelius                                    Eric Hannelius
Signature of authorized representative of debtor            Printed name

Title    Manager

**18. Signature of attorney**    **X** /s/ Michael R. Bakst                     Date  03/31/2026
                                 Signature of attorney for debtor                    MM / DD / YYYY

Michael R. Bakst
Printed name

Lippes Mathias LLP
Firm name

4420 Beacon Circle
West Palm Beach, FL 33402
Number, Street, City, State & ZIP Code

Contact phone    (561) 842-3000      Email address    mbakst@lippes.com

866377 - Florida
Bar number and State

# WRITTEN CONSENT

## OF

## THE SOLE MEMBER

## OF

## PEPPER PAY LLC

THE UNDERSIGNED, being the sole member of PEPPER PAY LLC, a Nevada limited liability company (the "Company"), does hereby waive prior notice and the holding of a meeting, and takes the following actions, and adopts the following resolutions by written consent pursuant to the Operating Agreement of the Company dated February 1, 2021 and the Nevada Limited Liability Company Act.

NOW, THEREFORE, BE IT RESOLVED, that the filing by the Company of a petition for relief under Chapter 7 of Title 11, United States Code, 11 U.S. Section 101, *et seq.* (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Southern District of Florida (the "Chapter 7 Filing") be, and it hereby is, authorized and approved; and be it further

RESOLVED, that the sole member of the Company is authorized and empowered to execute on behalf of the Company a petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Southern District of Florida, and any affidavits, forms, schedules, applications or any other pleadings or documents which are necessary or appropriate; and be it further

RESOLVED, that the sole member of the Company is authorized to retain Lippes Mathias LLP ("LM") as its General Counsel, in connection with its Chapter 7 Filing, upon the terms and conditions set forth in LM's March 5, 2026 retainer letter; and be it further

RESOLVED, that the sole member of the Company is authorized to retain on behalf of this Company such other professionals as they deem necessary or appropriate, upon such terms and conditions as they shall approve, to render services to this Company in connection with such Chapter 7 Filing and with respect to other related matters in connection therewith; and be it further

RESOLVED, that the sole member of the Company is authorized and directed to take any and all further action and to execute and to deliver any and all such further instruments and documents and to pay all such expenses (subject to Bankruptcy Court approval), where necessary or appropriate in order to carry out fully the intent and accomplish the purposes of the resolutions adopted herein; and be it further

RESOLVED, that all actions taken by the sole member of the Company or any matter related thereto, or by virtue of these resolutions, are hereby in all respects ratified, confirmed and approved; and be it further

RESOLVED, that the sole member of the Company be, and hereby is, authorized and empowered to do or cause to be done all such acts, deeds and things and to make, execute and deliver, or cause to be made, executed or delivered, all such agreements, undertakings, documents, instruments or certificates, in the name and on behalf of the Company or otherwise, as he may deem necessary, advisable or appropriate to effectuate or fulfill the purposes and intent of the foregoing resolutions; and be it further

RESOLVED, that this written consent and resolutions shall constitute the minutes of the meeting of the sole member of the Company.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of this 16 day of March, 2026.

_____
Eric Hannelius, Sole Member

2

**Fill in this information to identify the case:**

Debtor name ___Pepper Pay LLC___

United States Bankruptcy Court for the: ___SOUTHERN DISTRICT OF FLORIDA___

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒ *Schedule H: Codebtors* (Official Form 206H)
☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐ Amended *Schedule* _____
☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/31/2026___    **X** /s/   Eric Hannelius _____
                                 Signature of individual signing on behalf of debtor

                                 Eric Hannelius _____
                                 Printed name

                                 Manager _____
                                 Position or relationship to debtor

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                              Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Pepper Pay LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | **Summary of Assets** |
|---|---|

1. *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     1a. **Real property:**
     Copy line 88 from *Schedule A/B*.....................................................................................   $     0.00

     1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*..................................................................................   $     665,550.36

     1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.....................................................................................   $     665,550.36

| Part 2: | **Summary of Liabilities** |
|---|---|

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................   $     0.00

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................   $     284.46

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*..............................................   +$     3,410,149.55

4. **Total liabilities** .................................................................................................................
     Lines 2 + 3a + 3b     $     3,410,434.01

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Pepper Pay LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property    **12/15**

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.   Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**     **Current value of debtor's interest**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | Truist Bank | Checking | 1125 | $8,646.73 |
| 3.2. | Bluevine | Checking | 5476 | $5,000.00 |
| 3.3. | Esquire Bank (subject to offset) | Checking | 0016 | $0.48 |
| 3.4. | Esquire Bank (subject to offset) | Merchant Reserves (see attached list) | 3326 | $2,424.25 |
| 3.5. | Esquire Bank (overdrawn) (subject to offset) | Merchant Services | 3284 | $0.00 |
| 3.6. | Esquire Bank (subject to offset) | Merchant Services (settlement on hold) (see attached list) | 3292 | $18,629.91 |
| 3.7. | Esquire Bank (no balance) | Merchant Services | 3367 | $0.00 |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 1

| Debtor | Pepper Pay LLC | | Case number *(If known)* | |
|---|---|---|---|---|
| | *Name* | | | |

| | | | | |
|---|---|---|---|---|
| 3.8. | Esquire Bank (overdrawn) (subject to offset) | Merchant Services | 3441 | $0.00 |
| 3.9. | Esquire Bank (subject to offset) | Merchant Services (Pepper Pay ISO Reserve) | 3409 | $263,026.89 |
| 3.10. | Evolve Bank (potentially subject to offset) | Acquiring Settlement | 5361 | $45,700.02 |
| 3.11. | Evolve Bank (potentially subject to offset) | Bank Fees | 5359 | $5,381.83 |
| 3.12. | Evolve Bank (potentially subject to offset) | Merchant Risk Reserves (see attached list) | 5363 | $196,530.87 |
| 3.13. | Evolve Bank (potentially subject to offset) | Merchant Services (settlement on hold) (see attached list) | 2114 | $5,249.71 |
| 3.14. | Evolve Bank (no balance) | Operating | 5357 | $0.00 |
| 3.15. | Evolve Bank (no balance) | Fiserv Acquiring Settlement | 1439 | $0.00 |
| 3.16. | Evolve Bank (no balance) | Planet Payment Settlement | 0795 | $0.00 |
| 3.17. | Evolve Bank (potentially subject to offset) | Merchant Services (Pepper Pay ISO Reserve) | 0662 | $50,200.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80. | $600,790.69 |

| Part 2: | **Deposits and Prepayments** |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | **Accounts receivable** |
|---|---|

10. **Does the debtor have any accounts receivable?**

Debtor    Pepper Pay LLC

       Name

Case number *(If known)*

☐ No.  Go to Part 4.
☒ Yes Fill in the information below.

11.  **Accounts receivable**

11a. 90 days old or less:      232,680.05    -    192,247.57   = ....      $40,432.48

                       face amount                   doubtful or uncollectible accounts

12.  **Total of Part 3.**

Current value on lines 11a + 11b = line 12.   Copy the total to line 82.

$40,432.48

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** See attached inventory lists | $20,358.69 | | $20,358.69 |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**

Add lines 39 through 42.   Copy the total to line 86.

$20,358.69

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
☒ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com               Best Case Bankruptcy

Debtor  Pepper Pay LLC
_____
Name

Case number *(If known)* _____

☒ No
☐ Yes

### Part 8:    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.  Go to Part 9.
☐ Yes Fill in the information below.

### Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  Virtual office at 20801 Biscayne Boulevard, Suite 403, Miami, FL 33180 | Leasehold Interest | $0.00 | N/A | $0.00 |
| 55.2.  Virtual office at 2029 Century Park E, Suite 400, Los Angeles, CA 90067 | Leasehold Interest | $0.00 | N/A | $0.00 |

56.    **Total of Part 9.**                                                                                 | $0.00 |

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

### Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.    **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61.    **Internet domain names and websites** | | | |

Official Form 206A/B              Schedule A/B Assets - Real and Personal Property                        page 4

Debtor     Pepper Pay LLC
       Name                        Case number *(If known)* _____

| | | | |
|---|---|---|---|
| Website pepperpay.com (unliquidated) | $0.00 | N/A | $0.00 |
| Pepper Pay portal (unliquidated) | $0.00 | N/A | $0.00 |

62. **Licenses, franchises, and royalties**

63. **Customer lists, mailing lists, or other compilations**

64. **Other intangibles, or intellectual property**

65. **Goodwill**

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
   ☒ No
   ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☒ No
   ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 11:     All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ☒ Yes Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| 71. **Notes receivable**<br>Description (include name of obligor) | |
| 72. **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. **Interests in insurance policies or annuities**<br>Businessowner's general liability insurance policy with The Hartford (unliquidated) | $0.00 |
| Surplus lines insurance policy with CRC Group (unliquidated) | $0.00 |
| 74. **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |

Official Form 206A/B        Schedule A/B Assets - Real and Personal Property        page 5

Debtor      Pepper Pay LLC
                  Name

Case number *(If known)*

|  | |
|---|---|
| Refund due from Evolve Bank for Fiserv fees | $3,968.50 |
| **Nature of claim**          Refund | |
| **Amount requested**          $3,968.50 | |

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

|  |
|---|
| $3,968.50 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Pepper Pay LLC
          _____     Case number *(If known)*    _____
          Name

Part 12:    **Summary**
_____

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $600,790.69 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $40,432.48 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $20,358.69 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $3,968.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $665,550.36 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $665,550.36 |

| Merchant name | Mailing address | City | State | Zip | Merchant reserves on Esquire bank account **3326 | Merchant settlement on hold on Esquire bank account **3292 | Merchant reserves on Evolve bank account **5363 | Merchant setttlement on hold on Evolve bank acount **2114 | TOTAL as of 03.29.26 |
|---|---|---|---|---|---|---|---|---|---|
| Chen's Nails Inc / DBA Chen's Nails | 1610 OLD COUNTRY RD | Westbury | NY | 11590 | | $17,759.26 | | | $17,759.26 |
| Keepmoving Logistics LLC / DBA Keepmoving Logistics | 713 Veneto | Irvine | CA | 92614 | $94.48 | | | | $94.48 |
| Sato LLC / DBA Rove Brand | 2132 Park Ave #432 | Tustin | CA | 92782 | $2,075.40 | | | | $2,075.40 |
| SoluScience LLC / DBA Lifted Supreme | 1370 Miners Dr, Suite 108 | Lafayette | CO | 80026 | $254.37 | $780.86 | | | $1,035.23 |
| 1st All Data Recovery LLC / DBA Digital Forensics Corp | 4400 Renaissance Pkwy | Warrensville Hts | OH | 44128 | | | $1,023.40 | | $1,023.40 |
| CCS Services LLC / DBA Care Credit | 145 Pine Haven Shores Road | Shelburne | VT | 05482 | | | $155,159.80 | | $155,159.80 |
| Govis LLC / DBA Govis | 2875 Northeast 191st Street, ste 601 | Aventura | FL | 33180 | | | $29,589.60 | | $29,589.60 |
| Key 2 Debt Free LLC / DBA Key 2 Debt Free | 7754 Okeechobee Blvd  Ste 336 | West Palm Beach | FL | 33411 | | | $4,752.61 | $5,249.71 | $10,002.32 |
| PPS UNLIMITED LLC / DBA Passport Book Courier | 321 Lafayette St | Linden | NJ | 07036 | | | $962.96 | | $962.96 |
| Three Eyed Willy LLC / DBA Canna Spy Glass | 624 Belmar Blvd | Norman | OK | 73071 | | | $5,042.50 | | $5,042.50 |
| VerdeSpice LLC / DBA Verde Spice | 390 W 54 St | Hialeah | FL | 33012 | | $89.79 | | | $89.79 |
| TOTAL | | | | | $2,424.25 | $18,629.91 | $196,530.87 | $5,249.71 | $222,834.74 |

# Pepper Pay LLC
# Inventory Worksheet

**Extra Space Storage**                     **Space # 3026, facility 4116-Dania Beach-Stirling Rd, FL**

**Key -  Wanda Mouzon - 20 SW 4TH AVE APT 30, DANIA, FL, 33004-3245, USA**

| Product | Description | Quantity | Cost per item | Total |
|---|---|---|---|---|
| AT&T SIM card | AT&T SIM card | 6 | $9.95 | $59.70 |
| D1 10 inch Desktop POS/ with battery | D1 10 inch Desktop POS/ with battery | 5 | $265.00 | $1,325.00 |
| DEJAVOO Q2 | DEJAVOO Q2 WIRELESS WIFI/ETHERNET | 2 | $343.00 | $686.00 |
| DEJAVOO Q3 WIFI/BT | DEJAVOO Q3 WIFI/BT MPOS | 1 | $200.00 | $200.00 |
| DEJAVOO Q4 | DEJAVOO Q4 DESKTOP, DC CTL (NO DIAL) | 2 | $302.25 | $604.50 |
| DEJAVOO Z11 TRI COMM NO DIAL | Z11 WiFi No Dial Modem 1018E 118110697763 | 1 | $222.00 | $222.00 |
| DEJAVOO Z6 256MB | DEJAVOO Z6 W/256MB MEMORY Keyl 1018D | 1 | $241.07 | $241.07 |
| DEJAVOO Z8 WIFI | DEJAVOO Z8 WIFI | 1 | $185.00 | $185.00 |
| P1 Desktop Android Terminal | P1 Desktop Android Terminal | 16 | $215.00 | $3,440.00 |
| P3 Handheld Wireless Android | P3 Handheld Wireless Android | 1 | $315.00 | $315.00 |
| P8 mobile Android Terminal | P8 mobile Android Terminal | 6 | $343.85 | $2,063.10 |
| PAX A35 | PAX A35 | 7 | $258.12 | $1,806.84 |
| PAX A35 | PAX A35 | 2 | $294.12 | $588.24 |
| POS-CD350 | POS-CD350 3nStar Electronic Cash Drawer 24Vdc 410mmx420mm With Removal tray | 5 | $99.00 | $495.00 |
| SWIPE SIMPLE SWIFT B250 | SWIFT B250 BLUETOOTH EMV, NFC, MSR | 0 | $100.00 | $0.00 |
| TM-U220B Ethernet Interface Dot Matrix Printer | TM-U220B Ethernet Interface Dot Matrix Printer | 2 | $304.89 | $609.78 |
| V400C PLUS | V400C PLUS M425-053-04-NAA-5 | 1 | $240.00 | $240.00 |
| Z3 or Z6 Pin Pad Cable | Z3 & Z6 Pin Pad Cable | 0 | $6.60 | $0.00 |
| Z3 or Z6 Pin Pad Cable | Z3 & Z6 Pin Pad Cable | 3 | $5.82 | $17.46 |
| Pax D135 | Pax D135 Card Reader | 1 | $120.00 | $120.00 |
| Z8/Z9 Power Cord | Z8/Z9 Power Cord | 1 | $0.00 | $0.00 |
| QD2 Power Cord | QD2 Power Cord | 1 | $0.00 | $0.00 |
| Ethernet Cables | Ethernet Cables | 2 | $0.00 | $0.00 |
| Terminal USB Cables | USB Cable | 7 | $0.00 | $0.00 |
| | | 74 | | $13,218.69 |

# Pepper Pay LLC
# Physical Inventory Worksheet
### Lease for free

**18555 Collins Avenue Condominium / DBA Porsche Design Tower Miami, 18555 Collins Ave, Sunny Isles Beach, FL, 33160**
**Contact person**                                    **Andrea Norman**

| Product | Description | Qty | Cost per item | Total cost |
|---|---|---|---|---|
| Cloud Thermal Printer / Lease for free | Cloud Thermal Printer / Lease for free | 4 | $350.00 | $1,400.00 |
| P1 Desktop Android Terminal / Lease for free | P1 Desktop Android Terminal / Lease for free | 3 | $215.00 | $645.00 |
| P8 mobile Android Terminal / Lease for free for Porsche | P8 mobile Android Terminal / Lease for free for Porsche | 5 | $299.00 | $1,495.00 |
| Pays POS station / Lease for free | Pays POS station / Lease for free | 3 | $1,200.00 | $3,600.00 |
| | | 15 | | $7,140.00 |

**Fill in this information to identify the case:**

Debtor name    Pepper Pay LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☒ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        Pepper Pay LLC

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|

**2.1** | Priority creditor's name and mailing address
Colorado Dept of Labor and Employment
P.O. Box 8789
Denver, CO 80201

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim $1.00    Priority amount $1.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.2** | Priority creditor's name and mailing address
Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☐ Disputed

Total claim $282.46    Priority amount $282.46

Date or dates debt was incurred
2026

Basis for the claim:
Sales Tax

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**2.3** | Priority creditor's name and mailing address
Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

Total claim $1.00    Priority amount $1.00

Date or dates debt was incurred

Basis for the claim:
Notice Only

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor  **Pepper Pay LLC**
_____Name_____

Case number (if known) _____

out and attach the Additional Page of Part 2.

| | **Amount of claim** |
|---|---|

| **3.1** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,926.10 |
|---|---|---|---|

18555 Collins Ave Condominium Assn
d/b/a Porsche Design Tower Miami
18555 Collins Avenue Unit 100
Sunny Isles Beach, FL 33160

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Basis for the claim:** _Merchant Settlement Payout_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **3.2** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

1st All Data Recovery LLC / DBA Digital
Forensics Corp
4400 Renaissance Pkwy
Cleveland, OH 44128

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **3.3** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $144.57 |
|---|---|---|---|

Alfred Anderson
2164 Fenton Parkway, Apt 104
San Diego, CA 92108

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Basis for the claim:** _Trade Debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **3.4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

Artha LLC
3838 N 168th Ave   Ste 104
Omaha, NE 68116

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **3.5** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $34.40 |
|---|---|---|---|

BDL Investment Group LLC
2030 S Ocean Dr Suite 1504
Hallandale, FL 33009

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Basis for the claim:** _Trade debt_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |
|---|---|---|---|

CCS Services LLC / DBA Care Credit
145 Pine Haven Shores Road
Shelburne, VT 05482

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _Notice Only_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $17,759.26 |
|---|---|---|---|

Chens Nails Inc
1610 Old Country Rd
Westbury, NY 11590

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Basis for the claim:** _Merchant Settlement Payout_

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor   Pepper Pay LLC                                       Case number (if known) _____
      Name

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68.93 |
|---|---|---|---|

Day and Night Payments Corp
928 Fulton St., Unit 130
Brooklyn, NY 11238

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26.00 |
|---|---|---|---|

Dejavoo Systems LLC
393 Jericho Turnpike Suite 203
Mineola, NY 11501

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267.28 |
|---|---|---|---|

DeNovo Systems, LLC
1000 Ponce De Leon Ave Suite 2B
San Juan, PR 00907

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Dro's Precision Cuts LLC
20819 Trenton Valley Lane
Katy, TX 77449

    ☒ Contingent
    ☒ Unliquidated
    ☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Easy Bill Discounts LLC
5830 E 2nd St Ste7000 #13492
Casper, WY 82609

    ☒ Contingent
    ☒ Unliquidated
    ☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

Easy Save Bills LLC
1942 Bdwy St Ste 314C
Boulder, CO 80302

    ☒ Contingent
    ☒ Unliquidated
    ☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $53.17 |
|---|---|---|---|

Eddie Stroman
60 Springview Dr., Apt 208
Battle Creek, MI 49017

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $44.98 |
|---|---|---|---|

Elm Capital Holdings LLC
450 Alton Rd, #1702
Miami Beach, FL 33139

    ☐ Contingent
    ☐ Unliquidated
    ☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor      Pepper Pay LLC                                    Case number (if known)  _____
            Name

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $497,015.67 |

Esquire Bank
100 Jericho Quadrangle, Suite 100
Jericho, NY 11753

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No     ☒ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Evolve Bank & Trust
6070 Poplar Avenue, Suite 200
Memphis, TN 38119

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☐ No     ☒ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $203.47 |

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No     ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $620.53 |

G2 Web Services Inc
111 Anza Blvd Suite 310
Burlingame, CA 94010

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No     ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Govis LLC
2875 Northeast 191st Street, ste 601
Miami, FL 33180

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No     ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Hanrahair Inc
d/b/a Infatuation Hair Salon
88 Market Street
Clifton, NJ 07011

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No     ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $291.06 |

Hartford Underwriters Insurance Company
One Hartford Plaza
Hartford, CT 06155

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026

**Basis for the claim:** Trade Debt

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No     ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Hovot SPV I LLC / DBA Immigrate.tech
160 S Monaco St Pkwy Ste 508
Denver, CO 80224

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** Notice Only

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No     ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    Pepper Pay LLC
   Name

Case number (if known)

| | | |
|---|---|---|
| 3.24 | **Nonpriority creditor's name and mailing address**<br>JC Plumbing N Things LLC<br>3238 E Thousand Oak Blvd<br>Thousand Oaks, CA 91362 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.25 | **Nonpriority creditor's name and mailing address**<br>K-IT Solutions LLC<br>24301 Brazos Town Xing Unit 500, # 494<br>Rosenberg, TX 77471 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.26 | **Nonpriority creditor's name and mailing address**<br>Kathra Market LLC<br>901 New York Ave<br>UNION CITY, NJ 07087 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.27 | **Nonpriority creditor's name and mailing address**<br>Keepmoving Logistics LLC<br>713 Veneto<br>Irvine, CA 92614 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.28 | **Nonpriority creditor's name and mailing address**<br>Key 2 Debt Free LLC<br>7754 Okeechobee Blvd #336<br>West Palm Beach, FL 33411 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $5,249.71 |
| | **Date(s) debt was incurred** __2026__ | **Basis for the claim:** __Merchant Settlement Payout__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.29 | **Nonpriority creditor's name and mailing address**<br>M Tea Cafe LLC<br>2251 Green Kale DR<br>Richmont, TX 77406 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.30 | **Nonpriority creditor's name and mailing address**<br>Maria Marquez<br>d/b/a Guadalajara Beauty Salon<br>1811 East Alondra Boulevard<br>Compton, CA 90221 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | $1.00 |
| | **Date(s) debt was incurred** __ | **Basis for the claim:** __Notice Only__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |
| 3.31 | **Nonpriority creditor's name and mailing address**<br>Market Payment Solutions LLC<br>20819 Trenton Valley Ln<br>Katy, TX 77449 | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $72.88 |
| | **Date(s) debt was incurred** __2026__ | **Basis for the claim:** __Trade Debt__ | |
| | **Last 4 digits of account number** __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

Debtor     Pepper Pay LLC
                Name                                                        Case number (if known) _____

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

MJ Freeway LLC
1550 Larimer Street
Denver, CO 80202

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,798.24 |

MTXE Consulting LLC
718 E. Georgia St., Apt 360
Indianapolis, IN 46202

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026              **Basis for the claim:** Trade Debt

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

O4S Inc
d/b/a Optimize4Success
303 North Glenoaks Boulevard
Burbank, CA 91502

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

OurGrandLakeCabin.com LLC
570 Jericho Rd
Grand Lake, CO 80447

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90.00 |

Pay Pros Worldwide LLC
60 Park Place, Ste 200
Newark, NJ 07102

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026              **Basis for the claim:** Trade Debt

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

PPS UNLIMITED LLC
DBA Passport Book Courier
321 Lafayette St
Linden, NJ 07036

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6.00 |

Propay Inc.
2675 W 600 N
Lindon, UT 84042

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026              **Basis for the claim:** Trade Debt

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

Quantum Insights Associates LLC
3949 Evans Avenue
Fort Myers, FL 33901

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _              Is the claim subject to offset?  ☒ No   ☐ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor      Pepper Pay LLC
                Name                                                    Case number (if known)

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Sato LLC
2132 Park Ave #432
Tustin, CA 92782

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $526.00 |

SecurityMetrics, Inc.
1275 West 1600 North
Orem, UT 84057

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026          **Basis for the claim:** Trade Debt

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $780.86 |

SoluScience LLC
1370 Miners Dr, Suite 108
Lafayette, CO 80026

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026          **Basis for the claim:** Merchant Settlement Payout

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Srihanuman LLC
192 Parsippany road
Parsippany, NJ 07054

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Tastty Vibes LLC
75 W Nuevo RD Unit J
Perris, CA 92571

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,275.07 |

Tech Cart Solution LLC
16 Nury Trce
Newnan, GA 30263

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2026          **Basis for the claim:** Trade Debt

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

The Cann Collective Inc
77 Whippoorwill Road
Armonk, NY 10504

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.47 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |

Three Eyed Willy LLC
DBA Canna Spy Glass
624 Belmar Blvd
Norman, OK 73071

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _                    **Basis for the claim:** Notice Only

**Last 4 digits of account number** _          Is the claim subject to offset?   ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                Best Case Bankruptcy

Debtor     Pepper Pay LLC _____     Case number (if known) _____
                  Name

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231.08 |

3.48   **Nonpriority creditor's name and mailing address**
Tobias Bell
133 Lakeside Dr NW
Kennesaw, GA 30144

**As of the petition filing date, the claim is:** Check all that apply.                    $231.08

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Last 4 digits of account number** _

**Basis for the claim:** _Trade Debt_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.49   **Nonpriority creditor's name and mailing address**
TSYS Acquiring Solutions, L.L.C.
d/b/a Global Payments
Attn:   Legal Department
8320 S. Hardy Drive
Tempe, AZ 85284

**As of the petition filing date, the claim is:** Check all that apply.                    $2,880,548.50

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date(s) debt was incurred** _2026_

**Last 4 digits of account number** _

**Basis for the claim:** _Trade debt_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

3.50   **Nonpriority creditor's name and mailing address**
VerdeSpice LLC
390 W 54 St
Hialeah, FL 33012

**As of the petition filing date, the claim is:** Check all that apply.                    $89.79

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2026_

**Last 4 digits of account number** _

**Basis for the claim:** _Merchant Settlement Payout_

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Attorney General of the United States<br>950 Pennsylvania Avenue, N.W.<br>Room 4400<br>Washington, DC 20530-0001 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Internal Revenue Service<br>Post Office Box 7317<br>Philadelphia, PA 19101-7317 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Internal Revenue Service<br>Attn: Chester Meacham, Jr.<br>400 W. Bay Street, M/S 5730<br>Jacksonville, FL 32202 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Internal Revenue Service<br>Centralized Insolvency Operation<br>Post Office Box 21126<br>Philadelphia, PA 19114-0326 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Internal Revenue Service<br>Insolvency Mail Processing<br>Post Office Box 7317<br>Philadelphia, PA 19101-7317 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Internal Revenue Service<br>IRS Centralized Insolvency Operation<br>Insolvency Unit, STOP 5730<br>7850 SW 6th Court<br>Fort Lauderdale, FL 33324 | Line _2.3_<br>☐ Not listed. Explain ____ | _ |

Debtor   **Pepper Pay LLC**
        Name

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | Internal Revenue Service Center<br>Dept. of Treasury<br>Atlanta, GA 39901-0099 | Line _2.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.8 | Special Asst. United States Attorney<br>Associate Area Counsel (SBSE) ? Ft. Lauderdale<br>1000 South Pine Island Road, Suite 300<br>Fort Lauderdale, FL 33324 | Line _2.3_<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | United States Attorney<br>Southern District of Florida<br>99 N.E. 4th Street<br>Miami, FL 33132 | Line _2.3_<br><br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. **Add the amounts of priority and nonpriority unsecured claims.**

|  | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a.   $ | 284.46 |
| **5b. Total claims from Part 2** | 5b. **+** $ | 3,410,149.55 |
| **5c. Total of Parts 1 and 2**<br>    Lines 5a + 5b = 5c. | 5c.   $ | 3,410,434.01 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name      Pepper Pay LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.**

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. State what the contract or lease is for and the nature of the debtor's interest | Inventory transfer agreement | |
| State the term remaining | N/A | 18555 Collins Ave Condominium Assn d/b/a Porsche Design Tower Miami 18555 Collins Avenue Unit 100 Sunny Isles Beach, FL 33160 |
| List the contract number of any government contract | | |
| 2.2. State what the contract or lease is for and the nature of the debtor's interest | Insurance | |
| State the term remaining | 5 months | Acrisure SE Partners Insurance Services 100 Ottawa Avenue SW Grand Rapids, MI 49503 |
| List the contract number of any government contract | | |
| 2.3. State what the contract or lease is for and the nature of the debtor's interest | Agreement for the Collection of Unpaid Accounts | |
| State the term remaining | 6 Months (subject to automatic one year-renewal) | Altus Receivables Management, Inc. 2121 Airline Drive, Suite 520 Metairie, LA 70001 |
| List the contract number of any government contract | | |
| 2.4. State what the contract or lease is for and the nature of the debtor's interest | Gateway | |
| State the term remaining | N/A | Authorize.net LLC 2901 Ashton Blvd Lehi, UT 84043 |
| List the contract number of any government contract | | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor 1    Pepper Pay LLC _____          Case number *(if known)* _____
      First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | Referral agreement | |
|---|---|---|---|
| | State the term remaining | 2 months | |
| | List the contract number of any government contract | | Balanced Pro LLC<br>2451 Cumberland Pkwy STE 3634<br>Atlanta, GA 30339 |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Independent sales office agreement | |
|---|---|---|---|
| | State the term remaining | 1 month | |
| | List the contract number of any government contract | | BDL Investment Group LLC<br>2030 S Ocean Dr Suite 1504<br>Hallandale, FL 33009 |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | Billing, payment and cash flow management software | |
|---|---|---|---|
| | State the term remaining | 7 Months | |
| | List the contract number of any government contract | | Bill.com, LLC<br>6220 America Center Drive, Suite 100<br>San Jose, CA 95002 |

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | Independent sales office agreement | |
|---|---|---|---|
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | Business Operating System LLC<br>1888 Vining Drive<br>San Leandro, CA 94579 |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | Maintenance of portal and website | |
|---|---|---|---|
| | State the term remaining | 9 months | |
| | List the contract number of any government contract | | Businest LTD<br>483 Green Lanes<br>London N13 4BS<br>UNITED KINGDOM |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1   Pepper Pay LLC          Case number *(if known)* _____

First Name     Middle Name     Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.10.** State what the contract or lease is for and the nature of the debtor's interest — Independent sales office agreement

State the term remaining — 4 months

List the contract number of any government contract —

C&M Ventures LLC
21150 NE 38th Ave Suite 2201
Miami, FL 33180

**2.11.** State what the contract or lease is for and the nature of the debtor's interest — Third Party Processor

State the term remaining — 2 months

List the contract number of any government contract —

CardConnect LLC
1000 Continental Drive, Suite 300
King of Prussia, PA 19406

**2.12.** State what the contract or lease is for and the nature of the debtor's interest — Third Party Processor

State the term remaining — 1 year 11 months

List the contract number of any government contract —

Complete Merchant Solutions LLC
727 1550 E 3rd Floor
Orem, UT 84097

**2.13.** State what the contract or lease is for and the nature of the debtor's interest — Independent sales office agreement

State the term remaining — 7 months

List the contract number of any government contract —

Day and Night Payments Corp
928 Fulton St., Unit 130
Brooklyn, NY 11238

**2.14.** State what the contract or lease is for and the nature of the debtor's interest — Gateway

State the term remaining — 5 months

List the contract number of any government contract —

Dejavoo Systems LLC
393 Jericho Turnpike Suite 203
Mineola, NY 11501

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor 1    Pepper Pay LLC
                                                                      Case number *(if known)* _____
    First Name        Middle Name         Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.15.** State what the contract or lease is for and the nature of the debtor's interest — Gateway fees

State the term remaining — 5 months

List the contract number of any government contract

DeNovo Systems, LLC
1000 Ponce De Leon Ave Suite 2B
San Juan, PR 00907

---

**2.16.** State what the contract or lease is for and the nature of the debtor's interest — Independent sales office agreement

State the term remaining — 5 months

List the contract number of any government contract

Eddie Stroman
60 Springview Dr., Apt 208
Battle Creek, MI 49017

---

**2.17.** State what the contract or lease is for and the nature of the debtor's interest — Independent sales office agreement

State the term remaining — 7 months

List the contract number of any government contract

Elm Capital Holdings LLC
450 Alton Rd, #1702
Miami Beach, FL 33139

---

**2.18.** State what the contract or lease is for and the nature of the debtor's interest — Merchant ISO Agreement

State the term remaining — 2 Years, 9 Months

List the contract number of any government contract

Esquire Bank
100 Jericho Quadrangle, Suite 100
Jericho, NY 11753

---

**2.19.** State what the contract or lease is for and the nature of the debtor's interest — ACH Direct Originator Agreement

State the term remaining — N/A

List the contract number of any government contract

Esquire Bank
100 Jericho Quadrangle, Suite 100
Jericho, NY 11753

---

Debtor 1   Pepper Pay LLC                                    Case number *(if known)* _____
            First Name      Middle Name      Last Name

▮ **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — Compliance

State the term remaining — 9 months

List the contract number of any government contract

Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — Month-to-month lease for storage space

State the term remaining — N/A

List the contract number of any government contract

Extra Storage Space
850 Stirling Road
Dania, FL 33004

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — Gateway

State the term remaining — N/A

List the contract number of any government contract

Fluid Pay, LLC
725 Cool Springs Blvd. Ste 440
Franklin, TN 37067

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — Compliance

State the term remaining — 1 year 5 months

List the contract number of any government contract

G2 Web Services Inc
111 Anza Blvd Suite 310
Burlingame, CA 94010

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — Office/Admin

State the term remaining — N/A

List the contract number of any government contract

Mantissa Corporation
2101 Providence Park, Suite 100
Birmingham, AL 35242

Debtor 1    Pepper Pay LLC

First Name        Middle Name        Last Name

Case number (if known) _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | Independent sales office agreement | |
|---|---|---|---|
| | State the term remaining | 6 months | |
| | List the contract number of any government contract | | Market Payment Solutions LLC
20819 Trenton Valley Ln
Katy, TX 77449 |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | Third Party Processor | |
|---|---|---|---|
| | State the term remaining | 10 months | |
| | List the contract number of any government contract | | Maverick BankCard Inc
26520 Agoura Road 1st Floor
Calabasas, CA 91302 |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | Compliance | |
|---|---|---|---|
| | State the term remaining | 2 years 6 months | |
| | List the contract number of any government contract | | MegaplanIT Holdings LLC
18700 N Hayden Rd#340
Scottsdale, AZ 85255 |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | Compliance | |
|---|---|---|---|
| | State the term remaining | 1 year 7 months | |
| | List the contract number of any government contract | | MicroBilt Corporation
1640 Airport Rd NW Ste 115
Kennesaw, GA 30144 |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | Independent sales office agreement | |
|---|---|---|---|
| | State the term remaining | N/A - Month-to-Month | |
| | List the contract number of any government contract | | MJB Fitness Inc
1621 Central Ave
Cheyenne, WY 82001 |

Debtor 1  Pepper Pay LLC _____     Case number (if known) _____

    First Name           Middle Name          Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.30. | State what the contract or lease is for and the nature of the debtor's interest | Independent sales office agreement | |
| | State the term remaining | N/A - Month-to-Month | MTXE Consulting LLC |
| | List the contract number of any government contract | | 718 E. Georgia St., Apt 360 Indianapolis, IN 46202 |
| 2.31. | State what the contract or lease is for and the nature of the debtor's interest | Gateway | |
| | State the term remaining | N/A | NMI Acquisitionco, Inc. f/k/a Network Merchants LLC |
| | List the contract number of any government contract | | 1450 American Ln., Suite 1200 Schaumburg, IL 60173 |
| 2.32. | State what the contract or lease is for and the nature of the debtor's interest | Independent sales office agreement | |
| | State the term remaining | 4 months | Pay Pros Worldwide LLC |
| | List the contract number of any government contract | | 60 Park Place, Ste 200 Newark, NJ 07102 |
| 2.33. | State what the contract or lease is for and the nature of the debtor's interest | Payroll | |
| | State the term remaining | 8 months | Paychex Inc |
| | List the contract number of any government contract | | 1175 John Street West Henrietta, NY 14586 |
| 2.34. | State what the contract or lease is for and the nature of the debtor's interest | Compliance | |
| | State the term remaining | 6 months | Payshield Technology Inc |
| | List the contract number of any government contract | | 1309 Coffeen Avenue Ste 1200 Sheridan, WY 82801 |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor 1 __Pepper Pay LLC_____      Case number *(if known)* _____

     First Name       Middle Name       Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.35. | State what the contract or lease is for and the nature of the debtor's interest | Sponsorship Processor | |
|---|---|---|---|
| | State the term remaining | 6 months | Propay Inc. 2675 W 600 N Lindon, UT 84042 |
| | List the contract number of any government contract | | |

| 2.36. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Los Angeles virtual office | |
|---|---|---|---|
| | State the term remaining | 4 Months | Regus 2029 Century Park East Suite 400N Los Angeles, CA 90067 |
| | List the contract number of any government contract | | |

| 2.37. | State what the contract or lease is for and the nature of the debtor's interest | Lease for Miami virtual office | |
|---|---|---|---|
| | State the term remaining | 1 Year 7 Months | Regus 20801 Biscayne Boulevard, Suite 403 Miami, FL 33180 |
| | List the contract number of any government contract | | |

| 2.38. | State what the contract or lease is for and the nature of the debtor's interest | Independent sales office agreement | |
|---|---|---|---|
| | State the term remaining | 7 months | Richard Allen Blake, Jr 303 Santee Street NW Calabash, NC 28467 |
| | List the contract number of any government contract | | |

| 2.39. | State what the contract or lease is for and the nature of the debtor's interest | Office/Admin | |
|---|---|---|---|
| | State the term remaining | 1 month | RingCentral, Inc 20 Davis Drive Belmont, CA 94002 |
| | List the contract number of any government contract | | |

Debtor 1   Pepper Pay LLC _____   Case number (*if known*) _____
              First Name        Middle Name        Last Name

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.40.** State what the contract or lease is for and the nature of the debtor's interest — Office/Admin

State the term remaining — 8 months

List the contract number of any government contract

Rocket Software Inc
77 Fourth Ave Ste 100
Waltham, MA 02451

**2.41.** State what the contract or lease is for and the nature of the debtor's interest — Compliance

State the term remaining — 6 months

List the contract number of any government contract

SecurityMetrics, Inc.
1275 West 1600 North
Orem, UT 84057

**2.42.** State what the contract or lease is for and the nature of the debtor's interest — Independent sales office agreement

State the term remaining — 11 months

List the contract number of any government contract

Team One Global Inc.
6 Dreahook RD
Somerville, NJ 08876

**2.43.** State what the contract or lease is for and the nature of the debtor's interest — Independent sales office agreement

State the term remaining — 10 months

List the contract number of any government contract

Tech Cart Solution LLC
16 Nury Trce
Newnan, GA 30263

**2.44.** State what the contract or lease is for and the nature of the debtor's interest — Banking

State the term remaining — N/A

List the contract number of any government contract

Truist Bank
PO BOX 791622
Baltimore, MD 21279

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1   Pepper Pay LLC

       First Name            Middle Name            Last Name

Case number *(if known)*

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.45.** State what the contract or lease is for and the nature of the debtor's interest — Processing Services Agreement | |
| State the term remaining — 3 Years, 5 Months | TSYS Acquiring Solutions, L.L.C. d/b/a Global Payments Attn:   Legal Department 8320 S. Hardy Drive Tempe, AZ 85284 |
| List the contract number of any government contract | |
| **2.46.** State what the contract or lease is for and the nature of the debtor's interest — Optblue Participant Sales Entity Program Agreement | |
| State the term remaining — 5 Months | TSYS Acquiring Solutions, L.L.C. d/b/a Global Payments Attn:   Legal Department 8320 S. Hardy Drive Tempe, AZ 85284 |
| List the contract number of any government contract | |
| **2.47.** State what the contract or lease is for and the nature of the debtor's interest — Third Party Processor | |
| State the term remaining — 10 months | Verdant Pay LLC DBA RNA Pay 1007 Calle Sombra San Clemente, CA 92673 |
| List the contract number of any government contract | |
| **2.48.** State what the contract or lease is for and the nature of the debtor's interest — Independent sales office agreement | |
| State the term remaining — N/A - Month-to-Month | WWGGD LLC 147 Azalea St Tavernier, FL 33070 |
| List the contract number of any government contract | |

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     Pepper Pay LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
**12/15**

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |

2.1 _____   _____
Street
_____
City        State        Zip Code
_____
☐ D
☐ E/F
☐ G

2.2 _____   _____
Street
_____
City        State        Zip Code
_____
☐ D
☐ E/F
☐ G

2.3 _____   _____
Street
_____
City        State        Zip Code
_____
☐ D
☐ E/F
☐ G

2.4 _____   _____
Street
_____
City        State        Zip Code
_____
☐ D
☐ E/F
☐ G

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Pepper Pay LLC

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
| --- | --- |

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
| --- | --- | --- |
| From the beginning of the fiscal year to filing date:<br>From 01/01/2026 to Filing Date | ☒ Operating a business<br><br>☐ Other _____ | $103,087.71 |
| For prior year:<br>From 01/01/2025 to 12/31/2025 | ☒ Operating a business<br><br>☐ Other _____ | $1,398,795.59 |
| For year before that:<br>From 01/01/2024 to 12/31/2024 | ☒ Operating a business<br><br>☐ Other _____ | $1,316,107.12 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☒ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
| --- | --- | --- |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
| --- | --- |

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   Pepper Pay LLC                                        Case number *(if known)* _____

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1.   See attached | | $0.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☒ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ☒ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☒ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ☒ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ☒ None

---

Official Form 207                **Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy**                page **2**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Debtor    Pepper Pay LLC                                            Case number *(if known)*_____

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☒ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Lippes Mathias LLP<br>50 Fountain Plaza, Suite 1700<br>Buffalo, NY 14202 | | $7,500.00 on 3/6/2026; $10,000.00 on 3/24/26 | $17,500.00 |
| | **Email or website address**<br>www.lippes.com | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ☒ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ☒ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

Official Form 207                    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    page **3**

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com                                            Best Case Bankruptcy

| Debtor | Pepper Pay LLC | Case number *(if known)* |
|---|---|---|

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. 21550 Biscayne Boulevard, Suite 400 Aventura, FL 33180 | January, 2022 to November, 2025 |

**Part 8:**   **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☒ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**   **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
☒ Yes. State the nature of the information collected and retained.

   Information to approve merchant accounts

   Does the debtor have a privacy policy about that information?
   ☐ No
   ☒ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☒ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:**   **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1. Evolve Bank & Trust 6000 Poplar Avenue, Suite 300 Memphis, TN 38119 | **XXXX**-1421 | ☐ Checking ☐ Savings ☐ Money Market ☐ Brokerage ☒ Other  FBO Pepper Pay Escheatment | November, 2025 | $0.00 |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Debtor    Pepper Pay LLC                                          Case number *(if known)*

☒ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| Extra Storage Space Space # 3026, Facility 4116-Dania Beach-Stirling Rd Dania, FL 33004 | Eric Hannelius, 72 Blackberry Lane, Yarmouth, ME 04096 and Wanda Mouzon, 20 SW 4th Avenue, Apt. 30, Dania, FL 33004 | Hardware, terminals and card machines - see Schedule A/B | ☐ No ☒ Yes |
| 18555 Collins Ave Condominium Assn d/b/a Porsche Design Tower Miami 18555 Collins Avenue Unit 100 Sunny Isles Beach, FL 33160 | Eric Hannelius, 72 Blackberry Lane, Yarmouth, ME 04096 and Andrea Norman, 18555 Collins Ave Condominium Assn, d/b/a Porsche Design Tower Miami 18555 Collins Avenue Unit 100, Sunny Isles Beach, FL 33160 | Printer, terminals, POS station - see Schedule A/B | ☐ No ☒ Yes |

**Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☒ None

**Part 12:    Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
    *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

    *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

    *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒    No.
☐    Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

Debtor    Pepper Pay LLC_____    Case number *(if known)* _____

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

### Part 13:    Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | Charles K. Lee & Co., CPA, Inc.<br>28432 Constellation Road<br>Valencia, CA 91355 | December, 2025 to Present |
| 26a.2. | Pauline Rodriguez<br>Gravier Group, LLC<br>285 Sevilla Avenue<br>Coral Gables, FL 33134 | January, 2023 to December, 2025 |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Charles K. Lee & Co., CPA, Inc.<br>28432 Constellation Road<br>Valencia, CA 91355 | December, 2025 to Present |
| **Name and address** | | **Date of service From-To** |
| 26b.2. | Pauline Rodriguez<br>Gravier Group, LLC<br>285 Sevilla Avenue<br>Coral Gables, FL 33134 | January, 2023 to December, 2025 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

---

Official Form 207    Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    page **6**

Debtor   Pepper Pay LLC                                        Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. Charles K. Lee & Co., CPA, Inc. 28432 Constellation Road Valencia, CA 91355 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. Esquire Bank 100 Jericho Quadrangle, Suite 100 Jericho, NY 11753 |
| 26d.2. Evolve Bank & Trust 6000 Poplar Avenue, Suite 300 Memmouth, TN 38119 |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☒ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Eric Hannelius | 72 Blackberry Lane Yarmouth, ME 04096 | CEO and Manager | Sole Member |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☒ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☒ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☒ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Pepper Pay LLC

Case number *(if known)*

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☒ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    03/31/2026

/s/   Eric Hannelius                                    Eric Hannelius
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    Manager

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
☒ Yes

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Attachment to Statement of Financial Affairs**
**Question 3**

| Vendor | Address | City | State | Zip | Type of services | Date | Transferred amount | Total amount |
|---|---|---|---|---|---|---|---|---|
| Anna Aniskina | Calle L'Humanista Frederic Furio n3, 5C | Valencia | Spain | 04602 | Business management consulting | 01.30.26 | $8,970.00 | |
| | | | | | | 02.27.26 | $8,970.00 | $20,015.00 |
| | | | | | | 03.06.26 | $2,075.00 | |
| Businest LTD | 483 Green Lanes | London | United Kingdom | N13 4BS | Pepper Pay website and portal maintenance services | 01.06.26 | $5,000.00 | |
| | | | | | | 01.29.26 | $5,000.00 | $30,000.00 |
| | | | | | | 03.02.26 | $10,000.00 | |
| | | | | | | 03.16.26 | $10,000.00 | |
| Charles K. Lee &Company, CPA, Inc | 28432 Constellation Road | Valencia | CA | 91355 | Tax returns and CPA services | 02.17.26 | $2,970.00 | |
| | | | | | | 03.18.26 | $6,000.00 | $8,970.00 |
| Denys Shevchenko | 24/2 Zatonsky str, 65 apt. | Odesa | Ukraine | 65025 | Portal and website development management for Pepper Pay | 01.30.26 | $4,040.00 | |
| | | | | | | 02.27.26 | $2,980.00 | $10,000.00 |
| | | | | | | 03.11.26 | $2,980.00 | |
| Esquire bank | 100 Jericho Quadrangle Suite 100 | Jericho | NY | 11753 | Sponsor bank | 01.20.26 | $19,794.05 | |
| | | | | | Residuals and min monthly fee $150.00 for ACH | 01.30.26 | $150.00 | |
| | | | | | | 02.20.26 | $20,317.47 | $40,561.52 |
| | | | | | | 02.27.26 | $150.00 | |
| | | | | | | 03.27.26 | $150.00 | |
| Evolve Bank & Trust | 6000 Poplar Avenue Suite 300 | Memphis | TN | 38119 | Sponsor bank | 01.26.26 | $3,181.25 | |
| | | | | | Monthly billing | 02.24.26 | $3,753.35 | 9995.94 |
| | | | | | | 03.24.26 | $3,061.34 | |
| Florida blue | 4550 N Kittredge St | DENVER | CO | 80239 | Employees health insurance | 01.26.26 | $4,659.81 | |
| | | | | | | 01.30.26 | $4,659.81 | $10,912.72 |
| | | | | | | 03.17.26 | $1,593.10 | |
| FS Vector | 1307 New York Ave, NW 6th Floor | Washington | DC | 20005 | Consulting services | 01.09.26 | $14,500.00 | $14,500.00 |
| TSYS Acquiring Solutions LLC | 8320 South Hardy Drive | Tempe | AZ | 85284 | Payment processing platform | 01.27.26 | $52,470.08 | $103,483.55 |
| | | | | | | 02.27.26 | $51,013.47 | |
| HLB Gravier | 396 Alhambra Circle, Suite 900 | Coral Gables | FL | 33134 | Audit | 01.09.26 | $14,000.00 | $14,000.00 |
| Rocket Pay LLC dba RPY Innovations | 10 State Street, Suite 210 | Newburyport | MA | 01950 | Consulting Services | 03.17.26 | $11,250.00 | $11,250.00 |
| Saint Petersburg Market LLC DBA Baku Café | 17080 COLLINS AVENU | UNNY ISLES BEACH | FL | 33160 | General release and settlement agreement | 01.27.26 | $30,000.00 | $30,000.00 |
| OST LLC | 72 Blackberry Lane | Yarmount | ME | 04096 | Reimbursement for the retainer for legal services paid to Lippes Mathias | 03.19.26 | $7,500.00 | $17,500.00 |
| | | | | | | 03.25.26 | $10,000.00 | |

B2030 (Form 2030) (12/25)

# United States Bankruptcy Court
## Southern District of Florida

In re    Pepper Pay LLC
_____
                                          Debtor(s)

Case No.  _____
Chapter      7

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept ....................................................... | $ | 17,162.00 |
| Prior to the filing of this statement I have received ....................................................... | $ | 17,162.00 |
| Balance Due ....................................................................................................................... | $ | 0.00 |

2.   $   338.00    of the filing fee has been paid.

3.   The source of the compensation paid to me was:

☒ Debtor         ☐ Other (specify):

4.   The source of compensation to be paid to me is:

☒ Debtor         ☐ Other (specify):

5.   ☒ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.   Subject to any applicable local rule or court order, in return for the above-disclosed fee, I have agreed to render legal service for the following aspects of the bankruptcy case, except as excluded in Section 6:

a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
d.   [List other services that counsel has agreed to provide]
      Negotiations with secured creditors to reduce to market value; exemption planning; preparation and filing of reaffirmation agreements and applications as needed; preparation and filing of motions pursuant to 11 USC 522(f)(2)(A) for avoidance of liens on household goods.

7.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
      Representation of the debtor in any dischargeability actions, judicial lien avoidances, relief from stay actions or any other adversary proceeding.

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

03/31/2026
_____
*Date*

/s/ Michael R. Bakst
_____
Michael R. Bakst
*Signature of Attorney*
Lippes Mathias LLP
4420 Beacon Circle
West Palm Beach, FL 33407
(561) 842-3000   Fax: (561) 842-3626
mbakst@lippes.com
_____
*Name of law firm*

# United States Bankruptcy Court
## Southern District of Florida

In re    Pepper Pay LLC                                      Case No.

                                     Debtor(s)            Chapter     7

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     03/31/2026                               /s/  Eric Hannelius

                                                  Eric Hannelius/Manager
                                                  Signer/Title

18555 Collins Ave Condominium Assn
d/b/a Porsche Design Tower Miami
18555 Collins Avenue Unit 100
Sunny Isles Beach, FL 33160

1st All Data Recovery LLC / DBA Digital
Forensics Corp
4400 Renaissance Pkwy
Cleveland, OH 44128

Acrisure SE Partners Insurance Services
100 Ottawa Avenue SW
Grand Rapids, MI 49503

Alfred Anderson
2164 Fenton Parkway, Apt 104
San Diego, CA 92108

Altus Receivables Management, Inc.
2121 Airline Drive, Suite 520
Metairie, LA 70001

Artha LLC
3838 N 168th Ave  Ste 104
Omaha, NE 68116

Attorney General of the United States
950 Pennsylvania Avenue, N.W.
Room 4400
Washington, DC 20530-0001

Authorize.net LLC
2901 Ashton Blvd
Lehi, UT 84043

Balanced Pro LLC
2451 Cumberland Pkwy STE 3634
Atlanta, GA 30339

BDL Investment Group LLC
2030 S Ocean Dr Suite 1504
Hallandale, FL 33009

Bill.com, LLC
6220 America Center Drive, Suite 100
San Jose, CA 95002

Business Operating System LLC
1888 Vining Drive
San Leandro, CA 94579

Businest LTD
483 Green Lanes
London N13 4BS
UNITED KINGDOM

C&M Ventures LLC
21150 NE 38th Ave Suite 2201
Miami, FL 33180


CardConnect LLC
1000 Continental Drive, Suite 300
King of Prussia, PA 19406


CCS Services LLC / DBA Care Credit
145 Pine Haven Shores Road
Shelburne, VT 05482


Chens Nails Inc
1610 Old Country Rd
Westbury, NY 11590


Colorado Dept of Labor and Employment
P.O. Box 8789
Denver, CO 80201


Complete Merchant Solutions LLC
727 1550 E 3rd Floor
Orem, UT 84097


Day and Night Payments Corp
928 Fulton St., Unit 130
Brooklyn, NY 11238


Dejavoo Systems LLC
393 Jericho Turnpike Suite 203
Mineola, NY 11501


DeNovo Systems, LLC
1000 Ponce De Leon Ave Suite 2B
San Juan, PR 00907


Dro's Precision Cuts LLC
20819 Trenton Valley Lane
Katy, TX 77449


Easy Bill Discounts LLC
5830 E 2nd St Ste7000 #13492
Casper, WY 82609


Easy Save Bills LLC
1942 Bdwy St Ste 314C
Boulder, CO 80302


Eddie Stroman
60 Springview Dr., Apt 208
Battle Creek, MI 49017


Elm Capital Holdings LLC
450 Alton Rd, #1702
Miami Beach, FL 33139

Esquire Bank
100 Jericho Quadrangle, Suite 100
Jericho, NY 11753


Evolve Bank & Trust
6070 Poplar Avenue, Suite 200
Memphis, TN 38119


Experian Information Solutions, Inc.
475 Anton Boulevard
Costa Mesa, CA 92626


Extra Storage Space
850 Stirling Road
Dania, FL 33004


Florida Department of Revenue
Bankruptcy Unit
Post Office Box 6668
Tallahassee, FL 32314-6668


Fluid Pay, LLC
725 Cool Springs Blvd. Ste 440
Franklin, TN 37067


G2 Web Services Inc
111 Anza Blvd Suite 310
Burlingame, CA 94010


Govis LLC
2875 Northeast 191st Street, ste 601
Miami, FL 33180


Hanrahair Inc
d/b/a Infatuation Hair Salon
88 Market Street
Clifton, NJ 07011


Hartford Underwriters Insurance Company
One Hartford Plaza
Hartford, CT 06155


Hovot SPV I LLC / DBA Immigrate.tech
160 S Monaco St Pkwy Ste 508
Denver, CO 80224


Internal Revenue Service
Centralized Insolvency Operations
Post Office Box 7346
Philadelphia, PA 19101-7346


Internal Revenue Service
Post Office Box 7317
Philadelphia, PA 19101-7317

Internal Revenue Service
Attn: Chester Meacham, Jr.
400 W. Bay Street, M/S 5730
Jacksonville, FL 32202


Internal Revenue Service
Centralized Insolvency Operation
Post Office Box 21126
Philadelphia, PA 19114-0326


Internal Revenue Service
Insolvency Mail Processing
Post Office Box 7317
Philadelphia, PA 19101-7317


Internal Revenue Service
IRS Centralized Insolvency Operation
Insolvency Unit, STOP 5730 7850 SW 6th C
Fort Lauderdale, FL 33324


Internal Revenue Service Center
Dept. of Treasury
Atlanta, GA 39901-0099


JC Plumbing N Things LLC
3238 E Thousand Oak Blvd
Thousand Oaks, CA 91362


K-IT Solutions LLC
24301 Brazos Town Xing Unit 500, # 494
Rosenberg, TX 77471


Kathra Market LLC
901 New York Ave
UNION CITY, NJ 07087


Keepmoving Logistics LLC
713 Veneto
Irvine, CA 92614


Key 2 Debt Free LLC
7754 Okeechobee Blvd #336
West Palm Beach, FL 33411


M Tea Cafe LLC
2251 Green Kale DR
Richmont, TX 77406


Mantissa Corporation
2101 Providence Park, Suite 100
Birmingham, AL 35242


Maria Marquez
d/b/a Guadalajara Beauty Salon
1811 East Alondra Boulevard
Compton, CA 90221

Market Payment Solutions LLC
20819 Trenton Valley Ln
Katy, TX 77449


Maverick BankCard Inc
26520 Agoura Road 1st Floor
Calabasas, CA 91302


MegaplanIT Holdings LLC
18700 N Hayden Rd#340
Scottsdale, AZ 85255


MicroBilt Corporation
1640 Airport Rd NW Ste 115
Kennesaw, GA 30144


MJ Freeway LLC
1550 Larimer Street
Denver, CO 80202


MJB Fitness Inc
1621 Central Ave
Cheyenne, WY 82001


MTXE Consulting LLC
718 E. Georgia St., Apt 360
Indianapolis, IN 46202


NMI Acquisitionco, Inc.
f/k/a Network Merchants LLC
1450 American Ln., Suite 1200
Schaumburg, IL 60173


O4S Inc
d/b/a Optimize4Success
303 North Glenoaks Boulevard
Burbank, CA 91502


OurGrandLakeCabin.com LLC
570 Jericho Rd
Grand Lake, CO 80447


Pay Pros Worldwide LLC
60 Park Place, Ste 200
Newark, NJ 07102


Paychex Inc
1175 John Street
West Henrietta, NY 14586


Payshield Technology Inc
1309 Coffeen Avenue Ste 1200
Sheridan, WY 82801

PPS UNLIMITED LLC
DBA Passport Book Courier
321 Lafayette St
Linden, NJ 07036


Propay Inc.
2675 W 600 N
Lindon, UT 84042


Quantum Insights Associates LLC
3949 Evans Avenue
Fort Myers, FL 33901


Regus
2029 Century Park East
Suite 400N
Los Angeles, CA 90067


Regus
20801 Biscayne Boulevard, Suite 403
Miami, FL 33180


Richard Allen Blake, Jr
303 Santee Street NW
Calabash, NC 28467


RingCentral, Inc
20 Davis Drive
Belmont, CA 94002


Rocket Software Inc
77 Fourth Ave Ste 100
Waltham, MA 02451


Sato LLC
2132 Park Ave #432
Tustin, CA 92782


SecurityMetrics, Inc.
1275 West 1600 North
Orem, UT 84057


SoluScience LLC
1370 Miners Dr, Suite 108
Lafayette, CO 80026


Special Asst. United States Attorney
Associate Area Counsel (SBSE) – Ft. Laud
1000 South Pine Island Road, Suite 300
Fort Lauderdale, FL 33324


Srihanuman LLC
192 Parsippany road
Parsippany, NJ 07054

Tastty Vibes LLC
75 W Nuevo RD Unit J
Perris, CA 92571


Team One Global Inc.
6 Dreahook RD
Somerville, NJ 08876


Tech Cart Solution LLC
16 Nury Trce
Newnan, GA 30263


The Cann Collective Inc
77 Whippoorwill Road
Armonk, NY 10504


Three Eyed Willy LLC
DBA Canna Spy Glass
624 Belmar Blvd
Norman, OK 73071


Tobias Bell
133 Lakeside Dr NW
Kennesaw, GA 30144


Truist Bank
PO BOX 791622
Baltimore, MD 21279


TSYS Acquiring Solutions, L.L.C.
Attn:  Legal Department
d/b/a Global Payments
8320 S. Hardy Drive
Tempe, AZ 85284


United States Attorney
Southern District of Florida
99 N.E. 4th Street
Miami, FL 33132


Verdant Pay LLC DBA RNA Pay
1007 Calle Sombra
San Clemente, CA 92673


VerdeSpice LLC
390 W 54 St
Hialeah, FL 33012


WWGGD LLC
147 Azalea St
Tavernier, FL 33070

# United States Bankruptcy Court
## Southern District of Florida

In re    Pepper Pay LLC

Debtor(s)

Case No.

Chapter    7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Pepper Pay LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

03/31/2026

Date

/s/ Michael R. Bakst

Michael R. Bakst

Signature of Attorney or Litigant

Counsel for    Pepper Pay LLC

Lippes Mathias LLP

4420 Beacon Circle
West Palm Beach, FL 33407
(561) 842-3000  Fax:(561) 842-3626
mbakst@lippes.com