# United States Bankruptcy Court
## Southern District of Florida

In re    Pepper Pay LLC       Case No. _____
                     Debtor(s)     Chapter     7

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   Pepper Pay LLC   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [*Check if applicable*]

03/31/2026                          /s/ Michael R. Bakst
Date                                   Michael R. Bakst
                                   Signature of Attorney or Litigant
                                   Counsel for    Pepper Pay LLC
                                   Lippes Mathias LLP
                                   4420 Beacon Circle
                                   West Palm Beach, FL 33407
                                   (561) 842-3000  Fax:(561) 842-3626
                                   mbakst@lippes.com